UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                                                             CASE NO: 3:91-cr-14-WWB-LLL

RICHARD GEORGE MATHEWS
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion for Relief Pursuant to Section 404 of the First Step Act of 2018 (Doc. 249) and Defendant's Motion to Correct Sentence (Doc. 257).

First, to the extent Defendant seeks relief under the First Step Act, he does not qualify for relief. "Under the Fair Sentencing Act of 2010, Pub. L. No. 111-220, § 2, 124 Stat. 2372—made retroactive by the First Step Act—a narcotics offense *involving less than 28 grams of crack cocaine* now carries a statutory penalty of up to 20 years with no mandatory minimum." *United States v. Smith*, 30 F.4th 1334, 1337 (11th Cir. 2022) (emphasis added). Defendant was convicted of an offense involving 30 grams of crack cocaine. (Doc. 198 at 17–18; Doc. 259 at 2). Although Defendant states that the total amount was 23.6 grams, he fails to provide the Court with any record evidence in support of that contention and it is contrary to the record in this case. Therefore, Defendant's first request will be denied.

Defendant also seeks a correction of his sentence for ninety-three days of jail credit. Defendant fails to cite any legal authority for his request. However, to the extent that Defendant seeks relief under 18 U.S.C. § 3585(b), "the Supreme Court has held that the Attorney General, through the Bureau of Prisons ("BOP"), is authorized to compute

time-served credit, not the district courts. Accordingly, a district court cannot award time-served credit under § 3585(b)." *United States v. Serna-Arroyave*, No. 22-11089, 2023 WL 119424, at *1 (11th Cir. Jan. 6, 2023) (citation omitted); *see also United States v. James*, 842 F. App'x 436, 438 (11th Cir. 2021). Nor does Defendant's Motion establish that he has properly exhausted his administrative remedies to the extent he wishes to seek relief under 28 U.S.C. § 2241. *See Serna-Arroyave*, 2023 WL 119424, at *1. Accordingly, Defendant's second request will also be denied.

It is **ORDERED** and **ADJUDGED** that Defendant's Motion for Relief Pursuant to Section 404 of the First Step Act of 2018 (Doc. 249) and Motion to Correct Sentence (Doc. 257) are **DENIED**. Defendant's Request that the Court Rule on the Merits (Doc. 256) is **DENIED as moot**.

**DONE AND ORDERED** in Jacksonville, Florida on April 22, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party